JL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Fernando Perez-Durazo,
Petitioner,
v.
Eric Rokosky, *et al.*,
Respondents.

No. CV-26-07616-PHX-JJT

**ORDER**

Petitioner Fernando Perez-Durazo, who is confined in the Eloy Detention Center, has filed a *pro se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging his immigration detention and a Motion for Appointment of Counsel (Doc 2). The Clerk of Court issued the Notice of General Order 26-09 and Standard Schedule, which sets forth the deadlines for Respondents to show cause why the Petition should not be granted and for Petitioner to reply.

Petitioner seeks the appointment of counsel pursuant to 18 U.S.C. § 3006A. He asserts that he has limited financial resources; his detention limits his ability to conduct legal research, obtain records, communicate with witnesses, and address the legal and factual issues presented by his detention; he has pending matters in his immigration proceedings that "add procedural complexity to the detention issues" raised in his Petition; he previously contacted the Federal Public Defender seeking assistance with a possible immigration habeas petition; and appointment of counsel would assist the Court and

Petitioner in presenting the relevant custody record, identifying the governing statutory framework, and addressing any response filed by the Government.

The Court has discretion to appoint counsel when "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). Petitioner, who is in no different position than many pro se detainees, has not made the necessary showing for appointment of counsel at this time. Therefore, the Court will deny the Motion for Appointment of Counsel without prejudice.

**IT IS ORDERED** that Petitioner's Motion for Appointment of Counsel (Doc 2) is **denied without prejudice**.

Dated this 21st day of October, 2026.

Honorable John J. Tuchi
United States District Judge